## NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**03-669**


**DOUGLAS N. ZUBERBIER AND
BRANDY ZUBERBIER**

**VERSUS**

**CONTINENTAL CASUALTY COMPANY, ET AL.**


**\*\*\*\*\*\*\*\*\*\*\*\***


APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 2000-1066,
HONORABLE DURWOOD CONQUE, DISTRICT JUDGE


**\*\*\*\*\*\*\*\*\*\*\*\***


**MICHAEL G. SULLIVAN
JUDGE**


**\*\*\*\*\*\*\*\*\*\*\*\***


Court composed of Sylvia R. Cooks, Michael G. Sullivan, and Arthur J. Planchard[*], Judges.


**AFFIRMED.**

**Bob Broussard
Craig W. Marks
Attorneys at Law
Post Office Drawer 80827
Lafayette, Louisiana 70598-0827
(337) 232-3333
Counsel for Plaintiffs/Appellants:
    Douglas N. Zuberbier
    Brandy Zuberbier**

---

[*]Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore*.

**Mark E. Stipe**
**Perret Doise**
**Post Office Drawer 3408**
**Lafayette, Louisiana   70502**
**(337) 262-9000**
**Counsel for Defendant/Appellee:**
  **Acadian Ambulance Service, Inc.**
  **Joshua Adam Werth**